SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
LAMAR MYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IMPERIAL PLAZA, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:21-cv-02188 SB (DFMx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: September 17, 2021<br>Time: 8:30 a.m.<br>Courtroom: 6C<br><br>Honorable Judge Stanley Blumenfeld, Jr. |

　　　To Defendant IMPERIAL PLAZA, LLC and the attorneys of record, if any: Please take notice that on September 17, 2021, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff LAMAR MYERS will present Plaintiff's motion for default judgment against Defendant IMPERIAL PLAZA, LLC. The Clerk has previously entered the defaults on said Defendant on July 21, 2021.

　　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant IMPERIAL PLAZA, LLC is not a minor or an incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant IMPERIAL PLAZA, LLC has not appeared in this

action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $4,440.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 12555 Lakewood Blvd., Downey, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant IMPERIAL PLAZA, LLC on August 19, 2021, by first class United States Mail, postage prepaid.

Dated: August 19, 2021                    SO. CAL. EQUAL ACCESS GROUP


                                          By:   _/s/ Jason J. Kim_____
                                                Jason J. Kim, Esq.
                                                Attorneys for Plaintiff