SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
LAMAR MYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>          Plaintiff,<br><br>     vs.<br><br>IMPERIAL PLAZA, LLC; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:21-cv-02188 SB (DFMx)**<br><br>**Proposed Judgment Re: Default Judgment**<br><br>Date: September 17, 2021<br>Time: 8:30 a.m.<br>Courtroom: 6C<br><br>Honorable Judge Stanley Blumenfeld, Jr. |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff LAMAR MYERS shall have JUDGMENT in his favor in the amount of $4,440.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $8,440.00 against Defendant IMPERIAL PLAZA, LLC.

Additionally, Defendant IMPERIAL PLAZA, LLC is ordered to provide an accessible parking space at the property located at or about 12555 Lakewood Blvd., Downey, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: _____      By: _____
                          United States District Judge